UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    16-20623 |
| Michael C. Slaughter Jr. | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS CAUSE coming to be heard on Debtor's Motion, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

That the plan be modified to change section E 3.1 (b) to replace the incorrect set monthly payment to creditor Chrysler Capital, $207, to the correct set monthly payment of $313.06.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 24, 2016

**Prepared by:**

David Aschinberg
Aschinberg Law
1945 South Halsted Street, Suite 305
Chicago, IL 60608-3435
1-312-526-3924